**Daniel A. YOUNG, Sr., Plaintiff–Appellant,**

v.

**John KENNEDY, Clerk of Court/Wake; Betty Wall, Deputy Clerk/Wake; Gerald Arnold, Justice; Burley Mitchell, Justice; John Exum, Justice; I. Beverly Lake, Justice; Lacy Thornburg, United States District Judge, Western District of North Carolina; John Lewis, Justice; Mike Easley, North Carolina Attorney General; Fred Morelock, Judge; State of North Carolina, Defendants–Appellees.**

No. 00–1840.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 27, 2001.

Daniel A. Young, Sr., pro se. Staci Tolliver Meyer, North Carolina Department of Justice, Raleigh, NC, for appellees.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Daniel A. Young, Sr., appeals the district court's order denying relief on Young's civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant Young's motion to expedite the appeal to the extent possible given the court's busy docket, we affirm on the reasoning of the district court. *Young v. Kennedy,* No. CA–00–51–5–BR (E.D.N.C. May 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*